FILED
JUN 29 2010
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ricky Lamar Hogan, )
 )
    Plaintiff, )
 )
v. ) Civil Action No.
 )
United States of America *et al.*, ) 10 1093
 )
    Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed pursuant to 28 U.S.C. § 1915A (requiring dismissal of a prisoner's complaint upon a determination that the complaint, among other grounds, is frivolous or fails to state a claim upon which relief can be granted).

Plaintiff is a prisoner at the Georgia State Prison in Reidsville, Georgia. He sues President Barack Obama, former Presidents George W. Bush, William Jefferson Clinton and George H.W. Bush, and several United States agencies under 18 U.S.C. § 2333 for allegedly committing terrorist acts against him. Although § 2333 provides for civil remedies for injuries suffered "by reason of an act of international terrorism," such an action cannot be maintained against the United States, its agencies and its officials acting within their official capacity. 18 U.S.C. § 2237(1). Plaintiff cannot credibly argue that the former presidents were acting in their individual capacities. Hence, the complaint will be dismissed for failure to state a claim upon

which relief can be granted. A separate Order of dismissal accompanies this Memorandum Opinion.

/s/
United States District Judge

Date: June 25, 2010